IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: BARBARA JENNINGS | CASE NO. 19-53917-SMS |
|---|---|
| DEBTOR. | CHAPTER 13 |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

To Creditors and other Parties in Interest

**PLEASE TAKE NOTICE** that the Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have recently received by mail. Pursuant to Rule 3015 (g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on__10/22/2021____. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, U.S. Courthouse, United States Bankruptcy Court 75 Ted Turner Drive, Atlanta, GA 30303.

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below on the Debtors at: Barbara Jennings, 3720 Montrose Pond Walk, Duluth, GA 30096.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the **NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED** at the following number: (toll-free number:*833-568-8864;* access code *1611794270*, at **9:50 AM** on

**November 16, 2021** in Courtroom **1201**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

  Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

  Dated: October 22, 2021

| | |
|---|---|
| Honsalek Law, LLC | /s/ Brandon K. Honsalek |
| 2194 North Road | Brandon K. Honsalek |
| Snellville, GA 30078 | Georgia Bar No. 742962 |
| Phone: 404-913-6992 | *Attorney for Debtor(s)* |
| Email: brandon@honsalek.com | |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: BARBARA JENNINGS | CASE NO. 19-53917-SMS |
| DEBTOR. | CHAPTER 13 |

**POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN AND REQUEST FOR ITS APPROVAL**

  Barbara Jennings, Debtor, proposes to modify the confirmed plan of reorganization as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

  Debtor, hereby modifies his Chapter 13 Plan, which was confirmed by the Order of this Court on May 14, 2019, as follows:

Part 1 of the plan is being modified as follows:

**EXISITING LANGUAGE:**
§ 1.3 Nonstandard provisions, set out in Part 8. Included  x Not Included

**MODIFIED LANGUAGE:**
§ 1.3 Nonstandard provisions, set out in Part 8. x Included  Not Included

Part 2 of the plan is being modified as follows:

**EXISITING LANGUAGE:**
§ 2.1 **Regular Payments to the trustee; applicable commitment period.**
  Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$991.00** per **Month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

**MODIFIED LANGUAGE:**

**§ 2.1    Regular Payments to the trustee; applicable commitment period.**

Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$1,145.00** per **Month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

Part 3 of the plan is being modified as follows:

**EXISITING LANGUAGE:**

**§ 3.1    Maintenance of payments and cure of default, if any.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

☒ Beginning with the first payment that is due after the date of the order for relief under Chapter 13, the debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor(s). Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated below.

If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless the Bankruptcy Court orders otherwise, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

| Name of creditor | Collateral | Estimated amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage |
|---|---|---|---|---|
| Ocwen | 3720 Montrose Pond Walk, Duluth, GA 30096 | $1,300.00 | 0.00% | $22.00 |

MODIFIED LANGUAGE:
§ 3.1    Maintenance of payments and cure of default, if any.

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

☒ Beginning with the first payment that is due after the date of the order for relief under Chapter 13, the debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor(s). Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated below.

If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless the Bankruptcy Court orders otherwise, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

| Name of creditor | Collateral | Estimated amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage |
|---|---|---|---|---|
| PHH Mortgage Services (1st Mortgage) | 3720 Montrose Pond Walk, Duluth, GA 30096 | $6,469.96 ($3,985.37 Post-Petition Arrears added in) | 0.00% | $151.00 |

Part 8 of the plan is being modified as follows:

EXISITING LANGUAGE:
**§ 8.1 Check "None" or List Nonstandard Plan Provisions.**

X None.  If "None" is checked, the rest of Part 8 need not be completed or reproduced.  Under Bankruptcy Rule 3015©, nonstandard provisions must be set forth below.  A nonstandard provision is a provision not otherwise included in this N.D. Ga. Chapter 13 Plan Form or deviating from it.  Nonstandard provisions set out elsewhere in this plan are ineffective.

The following plan provisions will be effective only if there is the box "Included" in **§** 1.3. (Inset additional lines if needed.)

**MODIFIED LANGUAGE:**
**§ 8.1 Check "None" or List Nonstandard Plan Provisions.**

None. If "None" is checked, the rest of Part 8 need not be completed or reproduced. Under Bankruptcy Rule 3015©, nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in this N.D. Ga. Chapter 13 Plan Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

The following plan provisions will be effective only if there is the box "Included" in **§** 1.3. (Inset additional lines if needed.)

<u>Pursuant to amendment of 11 U.S.C. §1329(d) by the Coronavirus Aid, Relief and Economic Security Act ("CARES Act,") the Debtor has been negatively financially affected by the COVID-19 pandemic because she became ill with COVID and was hospitalized for 3 weeks two different times in the last 6 months and the term of the case shall extend to 75 months.</u>

**WHEREFORE Debtors pray:**

(a) That this "Post-Confirmation Modification of Plan and Request for its Approval" be filed, read and considered;
(b) That this Honorable Court grant this Modification; and,
(c) That this Honorable Court grant such other and further relief as it may deem just and proper.

Dated: October 22, 2021

| | |
|---|---|
| Honsalek Law, LLC | /s/ Brandon K. Honsalek |
| 2194 North Road | Brandon K. Honsalek |
| Snellville, GA 30078 | Georgia Bar No. 742962 |
| Phone: 404-913-6992 | *Attorney for Debtor(s)* |
| Email: brandon@honsalek.com | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: BARBARA JENNINGS | CASE NO. 19-53917-SMS |
| DEBTOR. | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

     I hereby certify that the following parties have been served with the **NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED.** Those not served by electronic means by the Court's electronic filing system have been served by the U.S. Mail, properly addressed and with sufficient postage to ensure delivery.

*All Entities on the Attached Mailing Matrix*

Dated: October 22, 2021

| | |
|---|---|
| Honsalek Law, LLC | /s/ Brandon K. Honsalek |
| 2194 North Road | Brandon K. Honsalek |
| Snellville, GA 30078 | Georgia Bar No. 742962 |
| Phone: 404-913-6992 | *Attorney for Debtor(s)* |
| Email: brandon@honsalek.com | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN RE: BARBARA JENNINGS | CASE NO. 19-53917-SMS |
|---|---|
| DEBTOR. | CHAPTER 13 |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

    I, Barbara Jennings, hereby certify under penalty of perjury that I have direct knowledge of the information in the attached pleading, and it is true and correction to my best belief.

Signed: /s/_____      Dated: October 22, 2021
        Barbara Jennings, Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-53917-sms<br>Northern District of Georgia<br>Atlanta<br>Fri Oct 22 14:23:52 EDT 2021 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Coast Professional, Inc.<br>PO Box 2899<br>West Monroe, LA 71294-2899 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Fedloan<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Ford Motor Credit Comp<br>Po Box Box 542000<br>Omaha, NE 68154-8000 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | David E. Galler<br>Galler Law, LLC<br>P. O. Box 2118<br>Roswell, GA 30077-2118 | Gastroenterlogy Specialists<br>721 Wellness Way<br>Suite 100<br>Lawrenceville, GA 30046-3304 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georiga Department of Revenue<br>1800 Georgia Department of Revenue<br>Atlanta, Ga 30341 | Gwinnett Emergency Specialists<br>75 Remittance Drive Dept. 6627<br>Chicago, IL 60675-6627 |
| Gwinnett Medical Center<br>PO Box 116228<br>Atlanta, GA 30368-6228 | Brandon K. Honsalek<br>Honsalek Law, LLC<br>2194 North Road<br>Snellville, GA 30078-2668 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Barbara Jennings<br>3720 Montrose Pond Walk<br>Duluth, GA 30096-6633 | John's Creek Specialists Center<br>PO BOx 650292<br>Dallas, TX 75265-0292 |
| Brian K. Jordan<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ronald A. Levine<br>Levine & Block, LLC<br>P.O. Box 422148<br>Atlanta, GA 30342-9148 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | McClure Place HOA, Inc.<br>Community Mgmt  Assoc.<br>1465 Northside Drive, STE 128<br>Atlanta, GA 30318-4244 | Bryce R. Noel<br>Aldridge Pite, LLP<br>3575 Piedmont Road, NE, Suite 500<br>Fifteen Piedmont Center<br>Atlanta, GA 30305-1527 |

```
Northeast Endoscopy Center, LLC          Ocwen                                   Optimum Outcomes Inc
721 Wellness Way                         Po Box 24646                            2651 Warrenville Rd Ste
SUite 110                                West Palm Beach, FL 33416-4646          Downers Grove, IL 60515-5559
Lawrenceville, GA 30046-3304



John T. Ruff                             K. Edward Safir                         TD BANK USA, N.A.
Kenneth Nugent, P.C.                     Standing Chapter 13 Trustee             C/O WEINSTEIN & RILEY, PS
1355 Peachtree St. NE                    Suite 1600                              2001 WESTERN AVENUE, STE 400
Suite 1000                               285 Peachtree Center Ave. NE            SEATTLE, WA 98121-3132
Atlanta, GA 30309-3270                   Atlanta, GA 30303-1259


Td Bank Usa/Targetcred                   Thd/Cbna                                U.S. Bank National Association
Po Box 673                               Po Box 6497                             Ocwen Loan Servicing, LLC
Minneapolis, MN 55440-0673               Sioux Falls, SD 57117-6497              Attn: Bankruptcy Department
                                                                                 PO Box 24605
                                                                                 West Palm Beach, FL 33416-4605


U.S. Department of Education             US Department of Education              US Department of Education
c/o FedLoan Servicing                    PO Box 16448                            Po Box 790336
P.O. Box 69184                           St. Paul, MN 55116-0448                 Saint Louis, MO 63179-0336
Harrisburg, PA 17106-9184



United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank Of America                          Capital One Bank Usa N                  Chase Card
Po Box 982238                            15000 Capital One Dr                    Po Box 15298
El Paso, TX 79998                        Richmond, VA 23238                      Wilmington, DE 19850



Ford Motor Credit Company, LLC           Georgia Department of Revenue           Internal Revenue Service
Drawer 55-593                            ATTN: Bankruptcy Department             401 West Peachtree Street
P.O. Box 55000                           1800 Century Blvd., N.E.                M/S 334-D
Detroit, MI 48255-0953                   Suite 9100                              Atlanta, GA 30308-3539
                                         Atlanta, GA 30345-0000


Macys/Dsnb
Po Box 8218
Mason, OH 45040
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (u)Ford Motor Credit Company, LLC, A Delaware | (u)N Metropolitan Radiology<br>PO Box 1746 |
| (u)Ocwen Loan Servicing, LLC | (u)U.S Bank National Association | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     5<br>Total                  47 |