**AMENDED**

| Fill in this information to identify your case and this filing: |
|---|
| Debtor 1   Barbara Jennings |
|            First Name      Middle Name         Last Name |
| Debtor 2 |
| (Spouse, if filing)  First Name   Middle Name    Last Name |
| United States Bankruptcy Court for the: Northern District of Georgia |
| Case number  19-53917 |
| (if know) |

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☑ No. Go to Part 2
   ☐ Yes. Where is the property?

**Part 2:  Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☑ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................................ ▶   $ 0.00

**Part 3:  Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| 6. **Household goods and furnishings** | |
| *Examples:* Major appliances, furniture, linens, china, kitchenware | |
| ☑ No | |
| ☐ Yes. Describe..... | |
| 7. **Electronics** | |
| *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games | |
| ☑ No | |
| ☐ Yes. Describe..... | |
| 8. **Collectibles of value** | |
| *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles | |
| ☑ No | |
| ☐ Yes. Describe... | |

Case 19-53917-sms    Doc 54    Filed 02/03/22    Entered 02/03/22 10:51:49    Desc Main
Document    Page 2 of 12

AMENDED

Debtor 1  Barbara Jennings
         First Name  Middle Name  Last Name

Case number *(if known)* 19-53917

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No
    ☐ Yes. Describe...

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe...

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**................................................................................................➤   $ 0.00

### Part 4: Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes......................................................................................................................   Cash .........................   $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☑ No
    ☐ Yes.................

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them...........

Debtor 1  Barbara Jennings
First Name    Middle Name    Last Name

Case 19-53917-sms    Doc 54    Filed 02/03/22    Entered 02/03/22 10:51:49    Desc Main
                              Document      Page 3 of 12

Case number*(if known)* 19-53917

AMENDED

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes......................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes......................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    |  | Federal: | $ 0.00 |
    |---|---|---|
    |  | State: | $ 0.00 |
    |  | Local: | $ 0.00 |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value....

Case 19-53917-sms    Doc 54    Filed 02/03/22    Entered 02/03/22 10:51:49    Desc Main
                              Document         Page 4 of 12

AMENDED

Debtor 1  Barbara Jennings
         First Name    Middle Name    Last Name

Case number *(if known)* 19-53917

32. **Any interest in property that is due you from someone who has died**
    - ☑ No
    - ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    - ☐ No
    - ☑ Yes. Give specific information....

    Personal Injury Case, Occurred on 11/20/2018-Debtor's PI Attorney-Kenneth S. Nugent, P.C.   $ 10,312.78

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ☑ No
    - ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............▶   $ 10,312.78

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............▶   $ 0.00

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**..................................................▶   $ 0.00
56. **Part 2: Total vehicles, line 5**            $ 0.00
57. **Part 3: Total personal and household items, line 15**   $ 0.00
58. **Part 4: Total financial assets, line 36**   $ 10,312.78
59. **Part 5: Total business-related property, line 45**   $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52**   $ 0.00
61. **Part 7: Total other property not listed, line 54**   + $ 0.00
62. **Total personal property. Add lines 56 through 61** ...................   $ 10,312.78   Copy personal property total ▶   + $ 10,312.78
63. **Total of all property on Schedule A/B. Add line 55 + line 62**   $ 10,312.78

**AMENDED**

**Fill in this information to identify your case:**

Debtor 1: Barbara Jennings (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 19-53917

☑ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt   4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Personal Injury Case, Occurred on 11/20/2018-Debtor's PI Attorney-Kenneth S. Nugent, P.C. (owed to debtor)<br>Line from *Schedule A/B*: 33 | $ 10,312.78 | ☑ $ 312.78<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Personal Injury Case, Occurred on 11/20/2018-Debtor's PI Attorney-Kenneth S. Nugent, P.C. (owed to debtor)<br>Line from *Schedule A/B*: 33 | $ 10,312.78 | ☑ $ 10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(11)(D) |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1 of 1

**AMENDED**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Barbara Jennings |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number | 19-53917 |
| | (If known) |

☑ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................... $ 0.00
   1b. Copy line 62, Total personal property, from *Schedule A/B*............................................. $ 10,312.78
   1c. Copy line 63, Total of all property on *Schedule A/B*....................................................... $ 10,312.78

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 150,373.53

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................................... $ 12,460.12
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..................................... + $ 152,734.39

   Your total liabilities   $ 315,568.04

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................................................................... $ 4,162.12

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* .................................................................................. $ 3,017.12

Official Form 106Sum   Summary of Your Assets and Liabilities and Certain Statistical Information   page 1 of 2

AMENDED

Debtor 1  Barbara Jennings
         First Name    Middle Name    Last Name

Case number *(if known)* 19-53917

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ 5,804.93

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   | From Part 4 on *Schedule E/F*, copy the following: | Total claim |
   |---|---|
   | 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 12,460.12 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ 128,891.39 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $ 141,351.51 |

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2 of 2

AMENDED

**Fill in this information to identify your case:**

Debtor 1 __Barbara__   __Jennings__
  First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the __Northern District of Georgia__

Case number __19-53917__
(If known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✘ __/s/ Barbara  Jennings__        ✘ _____
Signature of Debtor 1                Signature of Debtor 2

Date __02/03/2022__                   Date _____
   MM / DD / YYYY                     MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: Barbara Jennings, | CASE NO. 19-53917-SMS |
| DEBTOR. | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I hereby certify that the following parties have been served with the **AMENDED SCHEDULES.** Those not served by electronic means by the Court's electronic filing system have been served by the U.S. Mail, properly addressed and with sufficient postage to ensure delivery.

*All Entities on the Attached Mailing Matrix*

Dated: February 3, 2022

| | |
|---|---|
| 414 Pine Grove Ave. | /s/ Brandon K. Honsalek |
| Grayson, GA 30017 | Brandon K. Honsalek |
| Phone: 404-913-6992 | Georgia Bar No. 742962 |
| Email: brandon@honsalek.com | *Attorney for Debtor(s)* |

```
Label Matrix for local noticing          Bank Of America                          Bank of America, N.A.
113E-1                                   Po Box 982238                            P O Box 982284
Case 19-53917-sms                        El Paso, TX 79998-2238                   El Paso, TX 79998-2284
Northern District of Georgia
Atlanta
Thu Feb  3 10:46:18 EST 2022

Capital One Bank (USA), N.A.             Capital One Bank (USA), N.A.             (p)CAPITAL ONE
by American InfoSource as agent          by American InfoSource as agent          PO BOX 30285
4515 N Santa Fe Ave                      PO Box 71083                             SALT LAKE CITY UT 84130-0285
Oklahoma City OK 73118-7901              Charlotte, NC  28272-1083


Chase Bank USA, N.A.                     (p)JPMORGAN CHASE BANK  N A              Coast Professional, Inc.
c/o Robertson, Anschutz & Schneid, P.L.  BANKRUPTCY MAIL INTAKE TEAM              PO Box 2899
6409 Congress Avenue, Suite 100          700 KANSAS LANE FLOOR 01                 West Monroe, LA 71294-2899
Boca Raton, FL 33487-2853                MONROE LA 71203-4774


Department Stores National Bank          Fedloan                                  Ford Motor Credit Comp
c/o Quantum3 Group LLC                   Po Box 60610                             Po Box Box 542000
PO Box 657                               Harrisburg, PA 17106-0610                Omaha, NE 68154-8000
Kirkland, WA 98083-0657


(p)FORD MOTOR CREDIT COMPANY             David E. Galler                          Gastroenterlogy Specialists
P O BOX 62180                            Galler Law, LLC                          721 Wellness Way
COLORADO SPRINGS CO 80962-2180           P. O. Box 2118                           Suite 100
                                         Roswell, GA 30077-2118                   Lawrenceville, GA 30046-3304


(p)GEORGIA DEPARTMENT OF REVENUE         Georiga Department of Revenue            Gwinnett Emergency Specialists
COMPLIANCE DIVISION                      1800 Georgia Department of Revenue       75 Remittance Drive Dept. 6627
ARCS BANKRUPTCY                          Atlanta, Ga 30341                        Chicago, IL 60675-6627
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gwinnett Medical Center                  Brandon K. Honsalek                      (p)INTERNAL REVENUE SERVICE
PO Box 116228                            Honsalek Law, LLC                        CENTRALIZED INSOLVENCY OPERATIONS
Atlanta, GA 30368-6228                   414 Pine Grove Avenue                    PO BOX 7346
                                         Grayson, GA 30017-1639                   PHILADELPHIA PA 19101-7346


Internal Revenue Service                 Barbara Jennings                         John's Creek Specialists Center
POB 7346                                 3720 Montrose Pond Walk                  PO BOx 650292
Philadelphia, PA 19101-7346              Duluth, GA 30096-6633                    Dallas, TX 75265-0292



Brian K. Jordan                          LVNV Funding, LLC                        Ronald A. Levine
Aldridge Pite, LLP                       Resurgent Capital Services               Levine & Block, LLC
Suite 500 - Fifteen Piedmont Center      PO Box 10587                             P.O. Box 422148
3575 Piedmont Road, NE                   Greenville, SC 29603-0587                Atlanta, GA 30342-9148
Atlanta, GA 30305-1636


(p)DSNB MACY S                           McClure Place HOA, Inc.                  Bryce R. Noel
CITIBANK                                 Community Mgmt  Assoc.                   Aldridge Pite, LLP
1000 TECHNOLOGY DRIVE MS 777             1465 Northside Drive, STE 128            3575 Piedmont Road, NE, Suite 500
O FALLON MO 63368-2222                   Atlanta, GA 30318-4244                   Fifteen Piedmont Center
                                                                                  Atlanta, GA 30305-1527
```

```
Northeast Endoscopy Center, LLC        Ocwen                                   Optimum Outcomes Inc
721 Wellness Way                       Po Box 24646                            2651 Warrenville Rd Ste
SUite 110                              West Palm Beach, FL 33416-4646          Downers Grove, IL 60515-5559
Lawrenceville, GA 30046-3304



John T. Ruff                           K. Edward Safir                         TD BANK USA, N.A.
Kenneth Nugent, P.C.                   Standing Chapter 13 Trustee             C/O WEINSTEIN & RILEY, PS
1355 Peachtree St. NE                  Suite 1600                              2001 WESTERN AVENUE, STE 400
Suite 1000                             285 Peachtree Center Ave. NE            SEATTLE, WA 98121-3132
Atlanta, GA 30309-3270                 Atlanta, GA 30303-1259



Td Bank Usa/Targetcred                 Thd/Cbna                                U.S. Bank National Association
Po Box 673                             Po Box 6497                             Ocwen Loan Servicing, LLC
Minneapolis, MN 55440-0673             Sioux Falls, SD 57117-6497              Attn: Bankruptcy Department
                                                                               PO Box 24605
                                                                               West Palm Beach, FL 33416-4605



U.S. Department of Education           US Department of Education              US Department of Education
c/o FedLoan Servicing                  PO Box 16448                            Po Box 790336
P.O. Box 69184                         St. Paul, MN 55116-0448                 Saint Louis, MO 63179-0336
Harrisburg, PA 17106-9184



United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank Usa N                 Chase Card                              Ford Motor Credit Company, LLC
15000 Capital One Dr                   Po Box 15298                            Drawer 55-593
Richmond, VA 23238                     Wilmington, DE 19850                    P.O. Box 55000
                                                                               Detroit, MI 48255-0953



Georgia Department of Revenue          Internal Revenue Service                Macys/Dsnb
ATTN: Bankruptcy Department            401 West Peachtree Street               Po Box 8218
1800 Century Blvd., N.E.               M/S 334-D                               Mason, OH 45040
Suite 9100                             Atlanta, GA 30308-3539
Atlanta, GA 30345-0000
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Capital One Bank (USA), N.A,        (u)Ford Motor Credit Company, LLC, A Delaware    (u)N Metropolitan Radiology
by American InfoSource as agent                                                         PO Box 1746
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901
```

(u)Ocwen Loan Servicing, LLC                (u)U.S Bank National Association

End of Label Matrix
Mailable recipients    42
Bypassed recipients     5
Total                  47