**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN RE: **BARBARA JENNINGS,** | CASE NO. 19-53917-SMS |
|---|---|
| DEBTOR. | CHAPTER 13 |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS, AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **October 17, 2022**. If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court, Room 1340, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtors at: Barbara Jennings, 3720 Montrose Pond Walk, Decatur, GA 30096.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the **POST-CONFIRMATION MODIFICATION OF PLAN** at the following toll-free number*: 833-568-8864;* access code: *161 179 4270* at **9:50 AM** on **November 15, 2022** in Courtroom **1201**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and

Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

    Dated: October 17, 2022

| | |
|---|---|
| Honsalek Law, LLC | /s/ Brandon K. Honsalek |
| 414 Pine Grove Ave. | Brandon K. Honsalek |
| Grayson, GA 30017 | Georgia Bar No. 742962 |
| Phone: 404-913-6992 | *Attorney for Debtor(s)* |
| Email: brandon@honsalek.com | |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: **BARBARA JENNINGS,** | CASE NO. 19-53917-SMS |
| DEBTOR. | CHAPTER 13 |

**POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR APPROVAL**

COMES NOW the above-named Debtor(s), by and through undersigned counsel, and proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

MODIFICATION OF PLAN

The above-named Debtor hereby modifies the Chapter 13 Plan, which the Court confirmed on May 14, 2019, as follows:

Part 2 of this plan is being modified as follows:

**EXISITING LANGUAGE:**

**§ 2.1    Regular Payments to the trustee; applicable commitment period.**

Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$1,145.00** per **Month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

**MODIFIED LANGUAGE:**

**§ 2.1    Regular Payments to the trustee; applicable commitment period.**

Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$1,220.00** per **Month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of

this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

WHEREFORE, the Debtor prays that this Modification be approved and for any further relief as is just and proper.

Dated: October 17, 2022

Respectfully submitted,

Honsalek Law, LLC
414 Pine Grove Ave.
Grayson, GA 30017
Phone: 404-913-6992
Email: brandon@honsalek.com

/s/ Brandon K. Honsalek
Brandon K. Honsalek
Georgia Bar No. 742962
*Attorney for Debtor(s)*

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE: **BARBARA JENNINGS,** | CASE NO. 19-53917-SMS |
|---|---|
| DEBTOR. | CHAPTER 13 |

### CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing **NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN** and **POST-CONFIRMATION MODIFICATION OF PLAN AND REQUEST FOR APPROVAL** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

      I further certify that I am over the age of 18 and I have this day mailed a true and correct copy of the foregoing **NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN** and **POST-CONFIRMATION MODIFICATION OF PLAN AND REQUEST FOR APPROVAL** by placing the same in a properly addressed envelope with sufficient postage to ensure delivery and depositing the same in the United States Mail, addressed to:

*All Entities on the Attached Mailing Matrix*

Dated: October 17, 2022

| | |
|---|---|
| Honsalek Law, LLC | /s/ Brandon K. Honsalek |
| 414 Pine Grove Ave. | Brandon K. Honsalek |
| Grayson, GA 30017 | Georgia Bar No. 742962 |
| Phone: 404-913-6992 | *Attorney for Debtor(s)* |
| Email: brandon@honsalek.com | |

```
Label Matrix for local noticing          Jonathan S. Adams                        Bank Of America
113E-1                                   Office of the United States Trustee      Po Box 982238
Case 19-53917-sms                        362 Richard Russell Building             El Paso, TX 79998-2238
Northern District of Georgia             75 Ted Turner Drive, SW
Atlanta                                  Atlanta, GA 30303-3315
Mon Oct 17 10:10:15 EDT 2022

Bank of America, N.A.                    Capital One Bank (USA), N.A.             Capital One Bank (USA), N.A.
P O Box 982284                           by American InfoSource as agent          by American InfoSource as agent
El Paso, TX 79998-2284                   4515 N Santa Fe Ave                      PO Box 71083
                                         Oklahoma City OK 73118-7901              Charlotte, NC  28272-1083


(p)CAPITAL ONE                           Chase Bank USA, N.A.                     (p)JPMORGAN CHASE BANK  N A
PO BOX 30285                             c/o Robertson, Anschutz & Schneid, P.L.  BANKRUPTCY MAIL INTAKE TEAM
SALT LAKE CITY UT 84130-0285             6409 Congress Avenue, Suite 100          700 KANSAS LANE FLOOR 01
                                         Boca Raton, FL 33487-2853                MONROE LA 71203-4774


Coast Professional, Inc.                 Department Stores National Bank          Fedloan
PO Box 2899                              c/o Quantum3 Group LLC                   Po Box 60610
West Monroe, LA 71294-2899               PO Box 657                               Harrisburg, PA 17106-0610
                                         Kirkland, WA 98083-0657


Ford Motor Credit Comp                   (p)FORD MOTOR CREDIT COMPANY             David E. Galler
Po Box Box 542000                        P O BOX 62180                            Galler Law, LLC
Omaha, NE 68154-8000                     COLORADO SPRINGS CO 80962-2180           P. O. Box 2118
                                                                                  Roswell, GA 30077-2118


Gastroenterlogy Specialists              (p)GEORGIA DEPARTMENT OF REVENUE         Georiga Department of Revenue
721 Wellness Way                         COMPLIANCE DIVISION                      1800 Georgia Department of Revenue
Suite 100                                ARCS BANKRUPTCY                          Atlanta, Ga 30341
Lawrenceville, GA 30046-3304             1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


Albert Clark Guthrie                     Gwinnett Emergency Specialists           Gwinnett Medical Center
K. Edward Safir, Standing Chapter 13 Tru 75 Remittance Drive Dept. 6627           PO Box 116228
Suite 1600                               Chicago, IL 60675-6627                   Atlanta, GA 30368-6228
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1229


Brandon K. Honsalek                      (p)INTERNAL REVENUE SERVICE              Internal Revenue Service
Honsalek Law, LLC                        CENTRALIZED INSOLVENCY OPERATIONS        POB 7346
414 Pine Grove Avenue                    PO BOX 7346                              Philadelphia, PA 19101-7346
Grayson, GA 30017-1639                   PHILADELPHIA PA 19101-7346


Barbara Jennings                         John's Creek Specialists Center          Brian K. Jordan
3720 Montrose Pond Walk                  PO BOx 650292                            Aldridge Pite, LLP
Duluth, GA 30096-6633                    Dallas, TX 75265-0292                    Suite 500 - Fifteen Piedmont Center
                                                                                  3575 Piedmont Road, NE
                                                                                  Atlanta, GA 30305-1636


LVNV Funding, LLC                        Ronald A. Levine                         (p)DSNB MACY S
Resurgent Capital Services               Levine & Block, LLC                      CITIBANK
PO Box 10587                             P.O. Box 422148                          1000 TECHNOLOGY DRIVE MS 777
Greenville, SC 29603-0587                Atlanta, GA 30342-9148                   O FALLON MO 63368-2222
```

| | | |
|---|---|---|
| McClure Place HOA, Inc.<br>Community Mgmt Assoc.<br>1465 Northside Drive, STE 128<br>Atlanta, GA 30318-4244 | Bryce R. Noel<br>Aldridge Pite, LLP<br>3575 Piedmont Road, NE, Suite 500<br>Fifteen Piedmont Center<br>Atlanta, GA 30305-1527 | Northeast Endoscopy Center, LLC<br>721 Wellness Way<br>SUite 110<br>Lawrenceville, GA 30046-3304 |
| Ocwen<br>Po Box 24646<br>West Palm Beach, FL 33416-4646 | Optimum Outcomes Inc<br>2651 Warrenville Rd Ste<br>Downers Grove, IL 60515-5559 | John T. Ruff<br>Kenneth Nugent, P.C.<br>1355 Peachtree St. NE<br>Suite 1000<br>Atlanta, GA 30309-3270 |
| K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 | TD BANK USA, N.A.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | U.S. Bank National Association<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | US Department of Education<br>Po Box 790336<br>Saint Louis, MO 63179-0336 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Ford Motor Credit Company, LLC<br>Drawer 55-593<br>P.O. Box 55000<br>Detroit, MI 48255-0953 |
| Georgia Department of Revenue<br>ATTN: Bankruptcy Department<br>1800 Century Blvd., N.E.<br>Suite 9100<br>Atlanta, GA 30345-0000 | Internal Revenue Service<br>401 West Peachtree Street<br>M/S 334-D<br>Atlanta, GA 30308-3539 | Macys/Dsnb<br>Po Box 8218<br>Mason, OH 45040 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Capital One Bank (USA), N.A.          (u)Ford Motor Credit Company, LLC, A Delaware      (u)N Metropolitan Radiology
   by American InfoSource as agent                                                             PO Box 1746
   4515 N Santa Fe Ave
   Oklahoma City, OK 73118-7901



(u)Ocwen Loan Servicing, LLC             (u)U.S Bank National Association               End of Label Matrix
                                                                                        Mailable recipients    45
                                                                                        Bypassed recipients     5
                                                                                        Total                  50
```