# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>BARBARA JENNINGS<br><br>Debtor(s) | Case No. A19-53917-SMS |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

K. Edward Safir, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/11/2019.

2) The plan was confirmed on 05/14/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/17/2021, 11/16/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/05/2022.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,340.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $40,890.00 |
| Less amount refunded to debtor | $441.80 |

**NET RECEIPTS:**  $40,448.20

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,669.57 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  $7,169.57

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Unsecured | 3,979.00 | 3,979.11 | 3,979.11 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 5,426.00 | 5,450.98 | 5,450.98 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. BY A | Unsecured | 1,247.00 | 1,247.87 | 1,247.87 | 0.00 | 0.00 |
| CHASE BANK USA, N.A. | Unsecured | 5,245.00 | 5,300.76 | 5,300.76 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 238.00 | 238.96 | 238.96 | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 26,262.00 | 26,285.94 | 26,285.94 | 17,525.85 | 3,360.14 |
| GEORGIA DEPARTMENT OF REVENU | Unsecured | NA | 358.80 | 358.80 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Unsecured | NA | 358.80 | 358.80 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | NA | 5,201.32 | 5,201.32 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | NA | 5,201.32 | 5,201.32 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,900.00 | 7,300.88 | 7,300.88 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 325.39 | 325.39 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,634.75 | 1,634.75 | 0.00 | 0.00 |
| THD/CBNA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| N METROPOLITAN RADIOLOGY | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| NORTHEAST ENDOSCOPY CENTER, I | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| OPTIMUM OUTCOMES INC. | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| COAST PROFESSIONAL, INC. | Unsecured | 128,891.39 | NA | NA | 0.00 | 0.00 |
| GASTOENTERLOGY SPECIALISTS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GWINNETT EMERGENCY SPECIALIST | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| GWINNETT MEDICAL CENTER | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| JOHN'S CREEK SPECIALISTS CENTER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA, N.A. | Unsecured | 1,006.00 | 1,006.41 | 1,006.41 | 0.00 | 0.00 |
| U.S. BANK NATIONAL ASSOCIATION | Secured | 11,475.00 | 11,671.59 | 11,671.59 | 5,937.60 | 3,326.97 |
| U.S. BANK NATIONAL ASSOCIATION | Secured | 3,985.37 | 3,937.28 | 3,937.28 | 628.14 | 0.00 |
| U.S. BANK NATIONAL ASSOCIATION | Secured | 1,300.00 | 3,234.83 | 3,234.83 | 2,499.93 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 2,040.00 | 2,053.64 | 2,053.64 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 107,369.19 | 107,369.19 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $11,671.59 | $5,937.60 | $3,326.97 |
| Mortgage Arrearage | $7,172.11 | $3,128.07 | $0.00 |
| Debt Secured by Vehicle | $26,285.94 | $17,525.85 | $3,360.14 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$45,129.64** | **$26,591.52** | **$6,687.11** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $17,703.52 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$17,703.52** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$129,324.66** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,169.57 |
| Disbursements to Creditors | $33,278.63 |
| **TOTAL DISBURSEMENTS :** | **$40,448.20** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/16/2022                          By: /s/ K. Edward Safir
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BARBARA JENNINGS | ) | |
| | ) | CASE NO. A19-53917-SMS |
| | ) | |
| DEBTOR | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

BARBARA JENNINGS
3720 MONTROSE POND WALK
DULUTH, GA  30096


HONSALEK LAW, LLC
414 PINE GROVE AVE.
GRAYSON, GA  30017

DATED:  12/16/2022

/S/
K. Edward Safir, Chapter 13 Trustee
State Bar No. 622149
285 Peachtree Center Ave
Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
eds@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**