**IT IS ORDERED as set forth below:**

**Date: March 16, 2023**



_____
Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 19-53917-SMS |
| BARBARA JENNINGS, | : | CHAPTER 7 |
| Debtor. | : | JUDGE SIGLER |

### ORDER AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that counsel for Debtor has filed a Motion to Withdraw as Counsel ("the Motion") on March 8, 2023 (Docket No. 80).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following **toll-free numbe**r: **833-568-8864; Meeting ID 161 179 4270, on April 12, 2023**, **at 10:15 a.m. in Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. Matters needing to be held further will be heard utilizing **Judge Sigler's Virtual Hearing Room** located at https://www.ganb.uscourts.gov/content/honorable-sage-m-sigler as necessary.

Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the

top of the webpage for this Court, www.ganb.uscourts.gov for more information. Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.

END OF DOCUMENT

DISTRIBUTION LIST

Brandon K. Honsalek
Honsalek Law, LLC
414 Pine Grove Avenue
Grayson, GA 30017

Barbara Jennings
3720 Montrose Pond Walk
Duluth, GA 30096

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303