**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: BARBARA JENNINGS, | CASE NO. 19-53917-SMS |
| DEBTOR. | CHAPTER 13 |

**SUBSTITUTION OF COUNSEL AND**
**CERTIFICATE OF CONSENT TO WITHDRAWAL**

COMES NOW Alexander Gray Hait of Hait & Kuhn and pursuant to BLR 9010-5(c) files this Substitution of Counsel and Certificate of Consent to Withdrawal substituting Alexander Gray Hait in place of Brandon K. Honsalek as counsel for DEBTOR, Barbara Jennings in this matter.

DEBTOR has selected Alexander Gray Hait to serve as substitute counsel for DEBTOR. As evidenced by the signature below, DEBTOR consents to the requested withdrawal and substitution of counsel.

Brandon K. Honsalek hereby waives and forfeits all right and interest in receiving any further attorney's fees in this case. All future attorney's fees shall be paid to Alexander Gray Hait.

Dated: March 22, 2023

                                        Respectfully submitted,

| | |
|---|---|
| Hait & Kuhn | /s/ Alexander Gray Hait |
| 185 Stockwood Drive | Alexander Gray Hait |
| Suite 100 | Georgia Bar No. 316359 |
| Woodstock, GA 30188 | *Attorney for Debtor* |
| Phone: 770-517-0045 | |
| Email: all@northmetrolitigators.com | |

Agreed to by:

| | |
|---|---|
| Honsalek Law, LLC | /s/ Brandon K. Honsalek W/EXPRESS PERMISSION |
| 414 Pine Grove Ave., 2nd Floor | |
| Grayson, GA 30017 | Brandon K. Honsalek |
| Phone: 404-913-6992 | Georgia Bar No. 742962 |
| Email: brandon@honsalek.com | *Attorney for Debtor* |

Consented to by:

_(signature)_     03 / 23 / 2023

Barbara Jennings
3720 Montrose Pond Walk
Duluth, GA 30096

Doc ID: 2e04f08646f1d178b4cd127a330dca6f3c304781

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: BARBARA JENNINGS, | CASE NO. 19-53917-SMS |
| DEBTOR. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **SUBSTITUTION OF COUNSEL AND CERTIFICATE OF CONSENT TO WITHDRAWAL** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Barbara Jennings, Debtor
3720 Montrose Pond Walk
Duluth, GA 30096
*VIA FIRST CLASS U.S. MAIL*

Brandon K. Honsalek
Honsalek Law, LLC
414 Pine Grove Ave.
Grayson, GA 30017
*VIA FIRST CLASS U.S. MAIL*

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
*VIA FIRST CLASS U.S. MAIL*

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
*VIA FIRST CLASS U.S. MAIL*

*ALL CREDITORS ON ATTACHED MAILING MATRIX*

Dated: March 23, 2023

                                                      Respectfully submitted,

Hait & Kuhn　　　　　　　　　　　/s/ Alexander Hait  
185 Stockwood Drive　　　　　　　Alexander Gray Hait  
Suite 100　　　　　　　　　　　　Georgia Bar No. 316359  
Woodstock, GA 30188　　　　　　　*Attorney for Debtor*  
Phone: 770-517-0045  
Email: all@northmetrolitigators.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-53917-sms<br>Northern District of Georgia<br>Atlanta<br>Thu Mar 23 12:53:52 EDT 2023 | Jonathan S. Adams<br>Office of the United States Trustee<br>362 Richard B Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Michael J. Bargar<br>Rountree Leitman Klein & Geer LLC<br>Century Plaza<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 | Michael J. Bargar<br>Rountree Leitman Klein & Geer LLC<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Coast Professional, Inc.<br>PO Box 2899<br>West Monroe, LA 71294-2899 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Fedloan<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Ford Motor Credit Comp<br>Po Box Box 542000<br>Omaha, NE 68154-8000 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | David E. Galler<br>Galler Law, LLC<br>P. O. Box 2118<br>Roswell, GA 30077-2118 | Gastroenterlogy Specialists<br>721 Wellness Way<br>Suite 100<br>Lawrenceville, GA 30046-3304 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georiga Department of Revenue<br>1800 Georgia Department of Revenue<br>Atlanta, Ga 30341 | Gwinnett Emergency Specialists<br>75 Remittance Drive Dept. 6627<br>Chicago, IL 60675-6627 |
| Gwinnett Medical Center<br>PO Box 116228<br>Atlanta, GA 30368-6228 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Alan Hinderleider<br>Office of the United States Trustee<br>362 Richard B Russell Federal Building<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3315 |
| Brandon K. Honsalek<br>Honsalek Law, LLC<br>414 Pine Grove Avenue<br>Grayson, GA 30017-1639 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Barbara Jennings<br>3720 Montrose Pond Walk<br>Duluth, GA 30096-6633 | John's Creek Specialists Center<br>PO BOx 650292<br>Dallas, TX 75265-0292 | Brian K. Jordan<br>Aldridge Pite, LLP<br>Six Piedmont Center, Ste 700<br>3525 Piedmont Road, N.E.<br>Atlanta, GA 30305-1578 |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ronald A. Levine<br>Levine & Block, LLC<br>P.O. Box 422148<br>Atlanta, GA 30342-9148 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| McClure Place HOA, Inc.<br>Community Mgmt Assoc.<br>1465 Northside Drive, STE 128<br>Atlanta, GA 30318-4244 | Bryce R. Noel<br>Aldridge Pite, LLP<br>3575 Piedmont Road, NE, Suite 500<br>Fifteen Piedmont Center<br>Atlanta, GA 30305-1527 | Northeast Endoscopy Center, LLC<br>721 Wellness Way<br>SUite 110<br>Lawrenceville, GA 30046-3304 |
| Ocwen<br>Po Box 24646<br>West Palm Beach, FL 33416-4646 | Optimum Outcomes Inc<br>2651 Warrenville Rd Ste<br>Downers Grove, IL 60515-5559 | John T. Ruff<br>Kenneth Nugent, P.C.<br>1355 Peachtree St. NE<br>Suite 1000<br>Atlanta, GA 30309-3270 |
| K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 | TD BANK USA, N.A.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | U.S. Bank National Association<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | US Department of Education<br>Po Box 790336<br>Saint Louis, MO 63179-0336 | US Dept. of Education<br>Edfinancial Services<br>120 N. Seven Oaks Dr.<br>Knoxville, TN 37922-2359 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Ford Motor Credit Company, LLC<br>Drawer 55-593<br>P.O. Box 55000<br>Detroit, MI 48255-0953 |
| Georgia Department of Revenue<br>ATTN: Bankruptcy Department<br>1800 Century Blvd., N.E.<br>Suite 9100<br>Atlanta, GA 30345-0000 | Internal Revenue Service<br>401 West Peachtree Street<br>M/S 334-D<br>Atlanta, GA 30308-3539 | Macys/Dsnb<br>Po Box 8218<br>Mason, OH 45040 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

(u)Ford Motor Credit Company, LLC, A Delaware

(u)N Metropolitan Radiology
PO Box 1746


(u)Ocwen Loan Servicing, LLC

(u)U.S Bank National Association

End of Label Matrix
Mailable recipients    49
Bypassed recipients     5
Total                  54