**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: **BARBARA JENNINGS,** | CASE NO. 19-53917-SMS |
| DEBTOR. | CHAPTER 7 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-named Debtor has filed a **MOTION TO RE-CONVERT CASE TO CHAPTER 13** and related papers with the Court seeking an order **converting this case from Chapter 7 to chapter 13**.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the **Motion** at the following number: **toll-free number: 1-833-568-8864; access code 161 179 4270; at 10:15 A.M. on May 2, 2023 in Courtroom 1201**, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 5, 2023

                                                            Respectfully submitted,

| | |
|---|---|
| Hait & Kuhn | /s/ Alexander Gray Hait |
| 185 Stockwood Drive | Alexander Gray Hait |
| Suite 100 | Georgia Bar No. 316359 |
| Woodstock, GA 30188 | *Attorney for Debtor* |
| Phone: 770-517-0045 | |
| Email: all@northmetrolitigators.com | |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: **BARBARA JENNINGS,** | CASE NO. 19-53917-SMS |
| DEBTOR. | CHAPTER 7 |

**MOTION TO RE-CONVERT CASE TO CHAPTER 13**

COMES NOW the above-named DEBTOR, by and through the undersigned counsel, and files this Motion to Re-Convert Case to Chapter 13, showing the court as follows:

1. The Debtor commenced this case on March 11, 2019 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. The Debtor's case was confirmed by this Court on May 14, 2019.
3. Debtor was previously represented by attorney David Galler of Galler Law, who passed away on July 15, 2021 after a battle with cancer. The timing of his passing was unexpected and his remaining staff did their best to wind up the affairs of Galler Law in the months afterwards.
4. On September 23, 2021, attorney Brandon K. Honsalek with Honsalek Law, LLC took over as Debtor's counsel.
5. On November 20, 2018, prior to filing this bankruptcy case, Debtor was involved in a car accident and on the same day retained the services of John T. Ruff, Esq. with Kenneth S. Nugent, P.C. to assist Debtor with pursuing a personal injury claim.
6. On or about April 2020, Mr. Ruff obtained a settlement agreement on the personal injury claim for the total amount of $17,500.00. A true and correct copy of the settlement memorandum prepared by Mr. Ruff's office detailing the settlement proceeds and proposed disbursement (the "Settlement Memorandum") is attached hereto as "Exhibit A."
7. Upon information and belief, Mr. Ruff notified Galler Law of the settlement in May of 2020.
8. Upon information and belief, due to miscommunication and disputes between Galler Law and Mr. Ruff's office, an application to employ Mr. Ruff as special counsel was not filed until January 4, 2021.

9. On January 4, 2021, Galler Law on behalf of Debtor filed an Application to Employ John T. Ruff, Esq., c/o Kenneth S. Nugent, P.C. as special counsel (Doc. No. 38). An Order Approving Application to Employ Special Counsel was entered on January 6, 2021 (Doc. No. 39).

10. Upon information and belief, in July of 2021 Mr. Ruff's office obtained debtor's permission to send a check in the amount $10,312.78 to Galler Law, said amount comprising the amount for medical bills and the net amount due to the client. It is unclear why the $6,631.00 for the medical bills was not first deducted and remitted pursuant to the Settlement Memorandum.

11. Upon information and belief, Mr. Ruff retired in September or October of 2021. Upon information and belief, Galler Law received the check for $10,312.78 sometime in September 2021 and sent it directly to Debtor.

12. Due to lack of communication and counsel from Galler Law, Debtor was unaware that she did not yet have court approval to spend the $10,312.78.

13. Debtor therefore used the $10,312.78 to pay off medical bills, Bereda Pest Control and some home repairs.

14. On or about February 3, 2022, Attorney Honsalek filed an amended Schedules A/B and C showing the pre-petition accident claim and claiming the full $10,312.78 as exempt, Doc. No. 54.

15. On or about February 3, 2022, Attorney Honsalek filed a Motion to Approve Settlement Agreement, Compensation of Special Counsel and Disbursement of Funds, Doc. No. 55.

16. On or about February 10, 2023, the Chapter 13 Trustee filed a "Response to Motion to Approve Settlement Agreement, Compensation of Special Counsel and Disbursement of Funds", Doc. No. 56.

17. On or about February 28, 2023, Attorney Honsalek filed an Amended Motion to Approve Settlement Agreement, Compensation of Special Counsel and Disbursement of Funds, Doc. No. 57.

18. On or about March 25, 2022, the U.S. Trustee filed a "Response to Motion to Approve Settlement Agreement, Compensation of Special Counsel and Disbursement of Funds", Doc. No. 58.

19. On or about March 28, 2022, Attorney Honsalek filed a Withdrawal of Document for the Motion to Approve Settlement, Doc. No. 59.

20. Upon information and belief the Debtor had provided all information needed for the Motion to Approve Settlement as well as the Schedules were amended to exempt the full amount of the pre-petition claim of $10,312,78.
21. On or about September 12, 2022, the Chapter 13 Trustee filed a Motion to Convert case to Chapter 7, Doc. No. 60. A hearing was scheduled for October 18, 2022 then reset to November 15, 2022.
22. On or about October 17, 2022, Attorney Honsalek filed a Modification of Confirmed Chapter 13 Plan, Doc. No 61. A Hearing was scheduled for November 15, 2022.
23. Both the hearings for the Modification for Chapter 13 Plan and the Trustee's Motion to Convert Case to Chapter 7 was held the same day on November 15, 2023. Counsel for Debtor confirmed with the Chapter 13 Trustee that he was not opposing the Modification and therefore it would be approved.
24. On or about November 15, 2022, an Order Approving Debtor's Modification of Chapter 13 was entered, Doc. No. 62.
25. On or about December 5, 2022, an Order GRANTING Trustee's Motion to Convert to Chapter 7 was entered, Doc. No. 64.
26. Upon information and belief Counsel for the Debtor did not appear at the hearing on November 15, 2022.
27. Upon information and belief Counsel did not appear because he was advised that the Modification would not be opposed and that would remove the request for conversion to Chapter 7.
28. Counsel's omission was in error and therefore a Order Granting Conversion was entered on December 5, 2022.
29. Debtor did not want the case to be converted to a Chapter 7 and her plan modification was approved in November 2022.
30. Debtor is eligible to be a Debtor under Chapter 13 of the Bankruptcy Code and request an Order converting this case back to a Chapter 13.

**WHEREFORE,** Debtor prays that this Motion be granted and an Order entered re-converting this case to Chapter 13 and for any other relief as the Court may deem just and proper.

Dated: April 5, 2023

                                                Respectfully submitted,

| | |
|---|---|
| Hait & Kuhn | /s/ Alexander Gray Hait |
| 185 Stockwood Drive | Alexander Gray Hait |
| Suite 100 | Georgia Bar No. 316359 |
| Woodstock, GA 30188 | *Attorney for Debtor* |
| Phone: 770-517-0045 | |
| Email: all@northmetrolitigators.com | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: **BARBARA JENNINGS,** | CASE NO. 19-53917-SMS |
| DEBTOR. | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the foregoing **MOTION TO RE-CONVERT CASE TO CHAPTER 13** and **NOTICE OF HEARING** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

    I further certify that I am over the age of 18 and I have this day mailed a true and correct copy of the **MOTION TO RE-CONVERT CASE TO CHAPTER 13** and **NOTICE OF HEARING** by placing the same in a properly addressed envelope with sufficient postage to ensure delivery and depositing the same in the United States Mail, addressed to:

*All Entities on the Attached Mailing Matrix*

Dated: April 5, 2023

                                                                               Respectfully submitted,

| | |
|---|---|
| Hait & Kuhn | /s/ Alexander Gray Hait |
| 185 Stockwood Drive | Alexander Gray Hait |
| Suite 100 | Georgia Bar No. 316359 |
| Woodstock, GA 30188 | *Attorney for Debtor* |
| Phone: 770-517-0045 | |
| Email: all@northmetrolitigators.com | |

```
Label Matrix for local noticing          Jonathan S. Adams                         Bank Of America
113E-1                                   Office of the United States Trustee       Po Box 982238
Case 19-53917-sms                        362 Richard B Russell Federal Building    El Paso, TX 79998-2238
Northern District of Georgia             75 Ted Turner Drive, SW
Atlanta                                  Atlanta, GA 30303-3315
Wed Apr  5 12:37:45 EDT 2023

Bank of America, N.A.                    Michael J. Bargar                         Michael J. Bargar
P O Box 982284                           Rountree Leitman Klein & Geer LLC         Rountree Leitman Klein & Geer LLC
El Paso, TX 79998-2284                   Century Plaza                             Century Plaza I
                                         2987 Clairmont Road, Suite 350            2987 Clairmont Road, Suite 350
                                         Atlanta, GA 30329-4435                    Atlanta, GA 30329-4435

Capital One Bank (USA), N.A.             Capital One Bank (USA), N.A.              (p)CAPITAL ONE
by American InfoSource as agent          by American InfoSource as agent           PO BOX 30285
4515 N Santa Fe Ave                      PO Box 71083                              SALT LAKE CITY UT 84130-0285
Oklahoma City OK 73118-7901              Charlotte, NC  28272-1083

Chase Bank USA, N.A.                     (p)JPMORGAN CHASE BANK  N A               Coast Professional, Inc.
c/o Robertson, Anschutz & Schneid, P.L.  BANKRUPTCY MAIL INTAKE TEAM               PO Box 2899
6409 Congress Avenue, Suite 100          700 KANSAS LANE FLOOR 01                  West Monroe, LA 71294-2899
Boca Raton, FL 33487-2853                MONROE LA 71203-4774

Department Stores National Bank          Fedloan                                   Ford Motor Credit Comp
c/o Quantum3 Group LLC                   Po Box 60610                              Po Box Box 542000
PO Box 657                               Harrisburg, PA 17106-0610                 Omaha, NE 68154-8000
Kirkland, WA 98083-0657

(p)FORD MOTOR CREDIT COMPANY             Gastroenterlogy Specialists               (p)GEORGIA DEPARTMENT OF REVENUE
P O BOX 62180                            721 Wellness Way                          COMPLIANCE DIVISION
COLORADO SPRINGS CO 80962-2180           Suite 100                                 ARCS BANKRUPTCY
                                         Lawrenceville, GA 30046-3304              1800 CENTURY BLVD NE SUITE 9100
                                                                                   ATLANTA GA 30345-3202

Georiga Department of Revenue            Gwinnett Emergency Specialists            Gwinnett Medical Center
1800 Georgia Department of Revenue       75 Remittance Drive Dept. 6627            PO Box 116228
Atlanta, Ga 30341                        Chicago, IL 60675-6627                    Atlanta, GA 30368-6228

Alexander Gray Hait                      S. Gregory Hays                           Alan Hinderleider
Hait & Kuhn                              Hays Financial Consulting, LLC            Office of the United States Trustee
Suite 100                                Suite 555                                 362 Richard B Russell Federal Building
185 Stockwood Drive                      2964 Peachtree Road                       75 Ted Turner Drive, S.W.
Woodstock, GA 30188-3889                 Atlanta, GA 30305-4909                    Atlanta, GA 30303-3315

(p)INTERNAL REVENUE SERVICE              Internal Revenue Service                  Barbara Jennings
CENTRALIZED INSOLVENCY OPERATIONS        POB 7346                                  3720 Montrose Pond Walk
PO BOX 7346                              Philadelphia, PA 19101-7346               Duluth, GA 30096-6633
PHILADELPHIA PA 19101-7346

John's Creek Specialists Center          Brian K. Jordan                           LVNV Funding, LLC
PO BOx 650292                            Aldridge Pite, LLP                        Resurgent Capital Services
Dallas, TX 75265-0292                    Six Piedmont Center, Ste 700              PO Box 10587
                                         3525 Piedmont Road, N.E.                  Greenville, SC 29603-0587
                                         Atlanta, GA 30305-1578
```

| | | |
|---|---|---|
| Ronald A. Levine<br>Levine & Block, LLC<br>P.O. Box 422148<br>Atlanta, GA 30342-9148 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | McClure Place HOA, Inc.<br>Community Mgmt Assoc.<br>1465 Northside Drive, STE 128<br>Atlanta, GA 30318-4244 |
| Bryce R. Noel<br>Aldridge Pite, LLP<br>3575 Piedmont Road, NE, Suite 500<br>Fifteen Piedmont Center<br>Atlanta, GA 30305-1527 | Northeast Endoscopy Center, LLC<br>721 Wellness Way<br>SUite 110<br>Lawrenceville, GA 30046-3304 | Ocwen<br>Po Box 24646<br>West Palm Beach, FL 33416-4646 |
| Optimum Outcomes Inc<br>2651 Warrenville Rd Ste<br>Downers Grove, IL 60515-5559 | John T. Ruff<br>Kenneth Nugent, P.C.<br>1355 Peachtree St. NE<br>Suite 1000<br>Atlanta, GA 30309-3270 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 |
| TD BANK USA, N.A.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| U.S. Bank National Association<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| US Department of Education<br>Po Box 790336<br>Saint Louis, MO 63179-0336 | US Dept. of Education<br>Edfinancial Services<br>120 N. Seven Oaks Dr.<br>Knoxville, TN 37922-2359 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Ford Motor Credit Company, LLC<br>Drawer 55-593<br>P.O. Box 55000<br>Detroit, MI 48255-0953 |
| Georgia Department of Revenue<br>ATTN: Bankruptcy Department<br>1800 Century Blvd., N.E.<br>Suite 9100<br>Atlanta, GA 30345-0000 | Internal Revenue Service<br>401 West Peachtree Street<br>M/S 334-D<br>Atlanta, GA 30308-3539 | Macys/Dsnb<br>Po Box 8218<br>Mason, OH 45040 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (u)Ford Motor Credit Company, LLC, A Delaware | (u)N Metropolitan Radiology<br>PO Box 1746 |
| (u)Ocwen Loan Servicing, LLC | (u)U.S Bank National Association | End of Label Matrix<br>Mailable recipients   48<br>Bypassed recipients    5<br>Total                 53 |