# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: BARBARA JENNINGS | } CHAPTER 13 |
| | } |
| | } CASE NO. A19-53917-SMS |
| DEBTOR(S) | } |
| | } JUDGE SIGLER |

## MOTION TO RE-CONVERT THIS CASE TO ONE UNDER CHAPTER 7

COMES NOW K. EDWARD SAFIR, TRUSTEE in the above-referenced matter, and files this Motion to Re-Convert this Case to One Under Chapter 7. The Trustee respectfully shows the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on March 11, 2019. Debtor's case was converted to one under Chapter 7 on December 5, 2022 (Docket #64). A motion to re-convert Debtor's case to Chapter 13 was filed on April 5, 2023 (Docket #89). The motion was granted on May 3, 2023 (Docket #94). The Debtor's plan proposes to cure a default on real estate mortgage and to pay secured, priority and general unsecured creditors a zero percent (0%) dividend based upon the equity in real property.

2.

Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee. The Debtor should have paid $57,292.80. The Debtor has paid a total of $41,360.00, causing a delinquency of $15,932.80.

K. Edward Safir, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

3.

The Debtor's schedules show real estate located at 3720 Montrose Pond Walk, Duluth, Georgia with a fair market value of $200,000.00.

4.

Debtor's plan as proposed exceeds sixty (60) months, in violation of 11 U.S.C. Section 1322(d).

5.

The Debtor's mortgage holder U.S. Bank, National Association as successor in interest to Bank of America, National Association, filed a proof of claim in the amount of $111,104.51 thus showing a significant amount of equity in this property. The Debtor has claims filed in the Chapter 13 case by priority, secured creditors and the proofs of claim have a remaining balance of $31,304.83. The equity in this property appears to be sufficient to pay a substantial dividend to unsecured creditors and for the Debtor to retain her exemption.

6.

The Trustee respectfully requests that the Court waive the filing fee for the filing of this Motion; or, in the alternative, that the Court defer the payment of said fee until such time as this Motion is granted and if there are funds available in the case at that time.

K. Edward Safir, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

WHEREFORE, the Trustee requests that this Chapter 13 case be re-converted to one under Chapter 7 pursuant to 11 U.S.C. Section 1307(c)(6) to allow a Chapter 7 Trustee to liquidate the subject property and to pay all creditors with a filed and allowed claim, and for any other relief that may be just and proper.

Respectfully submitted this ___28th___ day of August, 2023

                                                   /s/
Albert C. Guthrie
Attorney for the Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: BARBARA JENNINGS | } CHAPTER 13 |
| | } |
| | } CASE NO. A19-53917-SMS |
| DEBTOR(S) | } |
| | } JUDGE SIGLER |

### NOTICE OF HEARING ON MOTION TO RE-CONVERT TO CHAPTER 7 CASE

**PLEASE TAKE NOTE** that the Chapter 13 Trustee has filed a Motion to Re-Convert this case to one under Chapter 7 and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing **at 10:00 A.M. on September 26, 2023 in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA, 30303, which may be attended in person or via the Court's Virtual Hearing Room.**

You may join the Virtual Hearing Room through "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to

K. Edward Safir, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. **The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 75 Ted Turner Drive, SW, Suite 1340, Atlanta, GA, 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 28, 2023

Respectfully submitted,

_____/s/_____
Albert C. Guthrie, Attorney
for the Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

A19-53917-SMS

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing Motion to Re-Convert Case to Chapter 7 and Notice of Hearing with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

DEBTOR(S):

Barbara Jennings
3720 Montrose Pond Walk
Duluth, GA 30096

ATTORNEY(S):

Hait & Kuhn
185 Stockwood Drive
Ste 100
Woodstock, GA 30188

This __28th__ day of August, 2023

                                                  Respectfully submitted,

                                                  /s/
                                                  Albert C. Guthrie, Attorney
                                                  for the Chapter 13 Trustee
                                                  GA Bar Number 142399

K. Edward Safir, Chapter 13 Trustee
Suite 1600 – 285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com